UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.: 08-97-JJF |
| MICHAEL LINDSEY, | : |
| Defendant. | : |

### ORDER

On this __25th__ day of __August__, 2008, Counsel's Motion to Withdraw as Counsel for Michael Lindsey is HEREBY GRANTED. The Clerk of the Court is directed to appoint new counsel for Michael Lindsey pursuant to the Criminal Justice Act.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court