IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-097 JJF |
| MICHAEL LINDSEY, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Peter Levin, Esquire has recently been appointed to represent Michael Lindsey in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, October 7, 2008 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

September 3, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE